DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN BIGGIE,**
Appellant,

v.

**DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE RALI 2006-QS8,**
Appellee.

No. 4D14-3464

[October 14, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502013CA010563XXXXMB.

Gary J. Nagle of Law Offices of Gary J. Nagle, Juno Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Dismissed. See S.L.T. Warehouse v. Webb,* 304 So. 2d 97 (Fla. 1974).

WARNER, CONNER and LEVEY COHEN, MARDI, Associate Judge, concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***